UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>-v-<br><br>UNITED STATES OF AMERICA | Case No.: 05-1354 T<br><br><br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BNSF RAILWAY COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Burlington Northern Santa Fe Corporation (incorporated in the state of Delaware on 12/16/1994) which is publicly traded on the NYSE (stock symbol BNI) is the 100% corporate parent of BNSF RAILWAY COMPANY.

**Date:** February 6, 2006

**By:** ______________________
George J. Marchese, Esq.