***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | |
| Plaintiff, | ) | No. 05-1354 T |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jacob E. Christensen as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Jacob E. Christensen, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

February 15, 2006

s/Jacob Christensen
Jacob E. Christensen
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202)307-0878
Fax (202) 514-9440