**IN THE UNITED STATES COURT OF
FEDERAL CLAIMS**

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant | Case No.: 05-1354T<br><br>**MOTION TO CHANGE ATTORNEY OF RECORD** |

George Marchese, a member of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff BNSF Railway Company, in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Mr. Paul L. Kattas, also associated with the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Paul L. Kattas.

DATED: April 13, 2006

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *George Marchese*
George Marchese, Esq.