**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant | Case No.: 05-1354T<br><br>**NOTICE OF APPEARANCE** |

**To the Clerk:**

**PLEASE TAKE NOTICE AND ENTER** the appearance of Paul L. Kattas of Kelley Drye & Warren LLP as attorney of record for the Plaintiff, BNSF Railway Company. Mr. George Marchese, also of Kelley Drye & Warren LLP, will no longer act as attorney of record.

Service of all papers by opposing party should be addressed as follows:

Kelley Drye & Warren LLP
Paul L. Kattas
200 Kimball Drive
Parsippany, New Jersey 07054
pkattas@kelleydrye.com

Dated: April 13, 2006

**Kelley Drye & Warren LLP**

By: /s/ *Paul L. Kattas*
Paul L. Kattas, Esq.

**Attorneys for Plaintiff BNSF Railway Company**