**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BNSF RAILWAY COMPANY, Plaintiff, v. UNITED STATES OF AMERICA Defendant | Case No.: 05-1354T **AFFIDAVIT OF APPOINTMENT** |

**State of New Jersey :**
**:**
**County of Morris :**

Paul L. Kattas, being duly sworn hereby deposes and says:

1. That I am associated with the law firm of Kelley Drye & Warren LLP, counsel for plaintiff BNSF Railway Company, (hereinafter "BNSF") in the above-captioned matter.

2. I make this affidavit in connection with my application to be named counsel of record for BNSF in the above-referenced matter.

3. I was admitted to practice in the United States Court of Federal Claims on December 29, 2005.

**Kelley Drye & Warren LLP**

By: ______________________
Paul L. Kattas, Esq.
**Attorneys for Plaintiff BNSF Railway Company**

Sworn to before me
this 18th day of April, 2006

______________________
Notary Public of the
State of New Jersey

KAREN J. [illegible]
Notary Public
State of New Jersey
My Commission Expires [illegible]

NJ01/KATTP/104695.1