# In the United States Court of Federal Claims

**No. 05-1354T**
**(Filed: April 24, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BNSF RAILWAY COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**
**PRELIMINARY SCHEDULING CONFERENCE**

Pursuant to the agreement of the parties, a Preliminary Scheduling Conference, via telephone, is scheduled for **11:00 a.m. ET, May 4, 2006**. The court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**