# In the United States Court of Federal Claims

**No. 05-1354T**
**(Filed May 4, 2006)**

** * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**BNSF RAILWAY COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

The Court held a scheduling conference with the parties on May 4, 2006, to set a schedule for discovery and the date of the next status conference. In accordance with the representations made by the parties, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **September 1, 2006.** In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Status Conference**. The Court will conduct a telephonic status conference with the parties on **September 27, 2006, at 2 p.m.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**