# In the United States Court of Federal Claims

**No. 05-1354T**
**(Filed July 7, 2006)**

** * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BNSF RAILWAY COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR LEAVE TO FILE AN AMENDED ANSWER**

---

On July 6, 2006, Defendant filed a motion for leave to file an amended answer. Good cause having been shown, this motion is **GRANTED**. The Clerk is directed to file Defendant's amended answer.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**