# In the United States Court of Federal Claims

**No. 05-1354T**
**(Filed: August 15, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BNSF RAILWAY COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to the agreement of the parties, the telephonic status conference set for September 27, 2006, has been rescheduled for **September 22, 2006 at 2:00 p.m., ET**. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**