IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05–1354 T
(Honorable Mary Ellen Coster Williams)

BNSF Railway Company

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties have reached a basis for the settlement of this case. Defendant has instructed the Internal Revenue Service to process overpayments of excise tax according to the settlement agreement. Once the overpayment is processed, the parties intend to file a motion for voluntary dismissal, pursuant to Rule 41(a).

The parties do not know of any other information of which the Court should be aware at this time.

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: November 30, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: November 30, 2006

Attorneys for Defendant