IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05–1354 T
Honorable Mary Ellen Coster Williams

BNSF RAILWAY COMPANY

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

January 10, 2007
Date

s/Paul L. Kattas
Paul L. Kattas
Jacob J. Miles
Joseph A. Boyle
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

January 10, 2007
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant