# In the United States Court of Federal Claims

**No. 05-1354T**
**(Filed January 11, 2007)**

** * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**BNSF RAILWAY COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On January 10, 2007, the parties filed a joint stipulation of dismissal in this action. The Clerk is directed to dismiss this case, with prejudice, with each party bearing its own costs, attorneys' fees, and expenses.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**