# In the United States Court of Federal Claims

**No. 05-1354 T**

**BNSF RAILWAY COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order of Dismissal, filed January 11, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Brian Bishop
Clerk of Court

**January 12, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.